No. 03–5854. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5855. BENNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5858. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5859. WALKER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5861. MANNING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5863. MORALES-SOSA v. MILES, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–5864. WILKERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5865. TERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5866. GONZALEZ-ALVAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5867. FLANAGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5868. GIRARD v. HENDRICKSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–5872. FALKIEWICZ v. CITY OF WESTLAND, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–5878. DE LOS SANTOS-MORA v. BROOKS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–5879. GARCIA v. ROMINE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–5880. FULLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.